UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT L. WILLMORTH,<br><br>      Plaintiff,<br><br> v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>      Defendant. | Case No. 13-5766 BHS-KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the court on the Report and Recommendation of Magistrate Judge Karen L. Strombom [ECF 25] recommending that this case be remanded, based on the stipulation of the parties [ECF 26]. It is therefore ORDERED

(1) The Court ADOPTS the Report and Recommendation;

(2) The Court REVERSES and REMANDS for further administrative proceedings; and

(3) The Clerk shall direct copies of this order to all counsel and Judge Strombom.

DATED this 23rd day of July, 2014.

               _____
               BENJAMIN H. SETTLE
               United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION